PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Naquan Chandler     Cr.: 20-00913-001
    PACTS #: 4825823

Name of Sentencing Judicial Officer:     THE HONORABLE PAUL G. GARDEPHE
    UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:     THE HONORABLE CLAIRE C. CECCHI
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/03/2019

Original Offense:     Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence: 6 months imprisonment, 3 years supervised release

Special Conditions: $100 - Special Assessment, $7,133.76 - Restitution, Drug Treatment, Financial Disclosure, No New Debt/Credit, and Search/Seizure

Type of Supervision: Supervised Release     Date Supervision Commenced: 12/31/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     Failure to satisfy financial obligations

2     The individual under supervision has violated the special condition which states **'You must provide the probation officer with access to any requested financial information, and you will not incur new credit charges or open additional lines of credit without the approval of the probation officer.'**

    On November 30, 2022, our office conducted an Equifax credit inquiry and it revealed that Chandler opened one credit account without the approval of the U.S. Probation Office.

**U.S. Probation Officer Action:**

Throughout his term of supervised release, Chandler did not comply with new debt restrictions. On November 30, 2022, our office conducted an Equifax credit inquiry and it revealed he opened one credit account without the permission of the U.S. Probation Office. Chandler reported he was unaware of the opened account. It is noted the account was closed due to inactivity. He has complied with all other standard and special conditions.

Prob 12A – page 2
Naquan Chandler

He reportedly is employed with his father who is an independent contractor. He notes work has been slow and unstable. Chandler does not have a reported source of income outside of employment with his father. He receives social services benefits as a recipient of a Families First Card which is an Electronic Benefit Transfer (EBT) card to assist with financially supporting his family and household.

The individual under supervision's term of supervision is due to expire on December 30, 2022, with an outstanding restitution balance of $6,833.76. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
      Supervising U.S. Probation Officer

/bgm

PREPARED BY:

| *Brendan G. Murillo* | *12/01/2022* |
|---|---|
| BRENDAN G. MURILLO | Date |
| U.S. Probation Technician | |

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action and Allow Supervision to Expire as Scheduled on December 30, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

12/1/2022
Date